

FILED
2018 DEC 28  A 9: 46

U.S. DISTRICT COURT
NEW HAVEN, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*Nijija-Ife Waters*,

Plaintiff,

v.

*New Haven Board of Education*

Defendant(s).

Case No. *3:18cv2144 (AVC)*
(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: *517 Newhall Street, Hamden, CT 06517*

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: *54 Meadow Street, New Haven, CT 06510*

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age.  Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

My Year of Birth is: _____.

☐    Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343.  Equitable and other relief is sought under 29 U.S.C. § 794a.

☐    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer.  Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f).  See 42 U.S.C. § 12117(a).  Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g).  Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)    ☑    Failure to hire me.  I was refused a job on the following date(s): ____
_____ 8/18/2014 — 4/7/2017 ____.

(B)    ☑    Termination of my employment.  I was terminated from my employment on the following date: __2/24/2016__.

(C)    ☑    Failure to promote me.  I was refused a promotion on the following date(s): ____ 8/18/2014 — 2/24/2016 ____

(D)    ☐    Other acts as specified below: _____

_____

_____

_____

_____

_____

5.    The conduct of the Defendant(s) was discriminatory because it was based upon:

race [☒, color ☐, religion ☐, sex ☐, age ☐, national origin ☐ or disability ☒. [Please

check all applicable bases for your claim of discrimination and explain further, if

necessary]: _Excluded from full-time position; treated_

_unfavorably because of values and social class_

6.    The facts surrounding my claim of employment discrimination are as follows

[Attach additional sheets, if necessary]:

_Date of hired part-time employee instead of_

_full-time position._

_Applied for same position eleven times denied_

_position. (full-time)_

_Release from part time position without reason_

_after inquiring / advocate for full time position._

7.    The approximate number of persons who are employed by the Defendant

employer I am suing is: _3000_ .

8.    The alleged discrimination occurred on or about the following date(s) or time

period: _Date of Hired  8/18/2014_ .

9.    I filed charges with the:

☑    Equal Employment Opportunity Commission

☐    Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _10/15/2018_.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____ _n/a_ _____

_____

_____

_____

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐    Injunctive orders (specify the type of injunctive relief sought): _____

_____

☑    Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): __

_emotional distress ; loss wages_

☐ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form):

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby    DO ☐    DO NOT ☑ demand a trial by jury.

_K Waters_

Original signature of attorney (if any)          **Plaintiff's Original Signature**

Printed Name and address          _NiJiJA-Ife Waters_
Printed Name and address

_517 Newhall Street_

_Hamden, CT 06517_

( )          (203) 868-1700
Attorney's telephone          Plaintiff's telephone

_nijijaifewaters@yahoo.com_
Email address if available          Email address if available

Dated: _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.

               (location)                             (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6

EEOC Form 161 (11/16)  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Nijija-Lfe Waters**
**517 Newhall Street**
**Hamden, CT 06517**

From: **Boston Area Office**
**John F. Kennedy Fed Bldg**
**Government Ctr, Room 475**
**Boston, MA 02203**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16A-2017-00527** | **Amon L. Kinsey, Jr.,** **Supervisory Investigator** | **(617) 565-3189** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [X] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Feng An, Kenneth*

OCT 0 9 2018

Enclosures(s)

**Feng K. An,**
**Area Office Director**

*(Date Mailed)*

cc:

**NEW HAVEN BOARD OF EDUCATION**
**54 Meadow Street**
**New Haven, CT 06510**

# FACTS ABOUT FILING AN EMPLOYMENT DISCRIMINATION SUIT IN FEDERAL COURT
## IN THE STATE OF CONNECTICUT

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

### WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A lawsuit can be filed at the following U.S. District Court locations in Connecticut:

- The United States District Courts for the District of Connecticut are located at:

  o   The Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut 06103, or by contacting the Clerk of the Court Office at (860) 240-3200
  o   141 Church St., New Haven, Connecticut 06510, or by contacting the Clerk of the Court Office at (203) 773-2140
  o   The Brien McMahon Federal Building, 915 LaFayette Blvd., Bridgeport, Connecticut 06604, or by contacting the Clerk of the Court Office at (203) 579-5861
  o   14 Cottage Place, Waterbury, Connecticut 06702, or by contacting the New Haven Clerk of the Court at (203) 773-2140

### WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within 90 days of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

### DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *pro se* complaint. Every district court has either a clerk or staff attorney who can assist you in filing *pro se*. To find out how to file a *pro se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

You may, however, wish to retain a lawyer in order to adequately protect your legal rights. Whether you retain a private attorney, or file *pro se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

### WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You should consult with the office of the district court that assists *pro se* complainants for specific instructions on how to seek counsel.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *pro se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

### HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights:

| | |
|---|---|
| American Bar Association | (312) 988-5522 |
| The Connecticut State Bar Association | (860) 223-4400 |
| National Employment Lawyers Association Referral Service | (212) 819-9450 |

Your County, City of Municipal Lawyers or Bar Association may also be of assistance.

### HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge to be destroyed after 2 years from the date of a no cause determination or six months after other types of final actions. If you file a suit, and wish us to retain your file for more than the normal retention period, you or your attorney should forward a copy of your court complaint to this office within 10 days after you file suit. IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD ALSO NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within 90 days of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed *within 90 days of the date this Notice was mailed to you* (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request within 6 months of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

# NEW HAVEN PUBLIC SCHOOLS

### Recommendation for Hire (Part Time Only)

| | | | |
|---|---|---|---|
| **To:** | Garth Harries; Superintendent of Schools | **Date:** | 8-18-14 |
| **From:** | Kermit Carolina | **cc:** | Dr. Ilene Tracey |
| **Building:** | James Hillhouse High School | **cc:** | Imma Canelli |

We are requesting your permission to hire temporary part-time applicant(s) to assist in our school effective  8-25-14  thru  6-19-14.
(Starting Date)          (Ending Date)

Funding Source: _____          Program Name: _____
(Ex: Org/Object Code)                                          (21ˢᵗ Century, EDA , Title I; Operating Budget)

| Staff Name | Title (Ex: teacher) | Hourly Rate | Number of Hours Per Week | Number of Weeks | Brief Description of Duties (ex:Tutoring/replacing John Doe/Vacancy in Math Gr.4) | Existing or New Employee | Are they Presently working in NHPS P/T | Total Cost (PayRate x Hours x weeks) | √ Person Hired meets program Requirements |
|---|---|---|---|---|---|---|---|---|---|
| Vencenes Hamilton | Climate Specialist | $22.50 | 35.0 | 38 | Promote & monitor positive student behavior - IDEA | Existing | Yes | | Yes |
| Arthur Edwards | Climate Specialist | $22.50 | 35.0 | 38 | Promote & monitor positive student behavior - LPSH | Existing | No | | No |
| Eric Greene | Climate Specialist | $12.00 | 35.0 | 38 | Promote & monitor positive student behavior - CCR | Existing | Yes | | Yes |
| Reggie Lytle | Climate Specialist | $12.00 | 35.0 | 38 | Promote & monitor positive student behavior- Overall | Existing | No | | No |
| Nijija-Ife Waters | CCR Parent Liason | $12.00 | 19.5 | 38 | Recruit and engage parents in growth of school | Existing | Yes | | Yes |
| Lenny Hernandez | LPSH Parent Liason | $12.00 | 19.5 | 38 | Recruit and engage parents in growth of school | Existing | Yes | | Yes |
| Lieenen Lewis | IDEA Parent Liason | $12.00 | 19.5 | 38 | Recruit and engage parents in growth of school | Existing | Yes | | Yes |
| | | | | | | | **TOTAL** | $ | |

If you have any questions I can be reached at **203-497-7500**.

Thank you,

_____
Principal/Facilitator Name

| Business Office Use Only |
|---|
| **Date Received:** _____ |
| **Funding Approval** _____ |

### Incomplete Forms will not be processed.
## Approval expires at the end of every school year.

Revised 7/2014

**JOB POSTING CONFIRMATION: Parent Liaison Worker**
JAWORSKI, BRIANA
**Sent:** Monday, December 08, 2014 10:16 AM
**To:** All
**Importance:** High

# Parent Liaison Worker
# James Hillhouse High School

### Visit Applitrack to apply online at **www.nhps.net**.
### Click on **Working at NHPS** and then click **Job Applicants**.

## Please _**do not**_ respond to this email. All applicants must apply online and if there is interest in your candidacy, you will be contacted directly by the hiring manager.

**TITLE:** PARENT LIAISON WORKER

**QUALIFICATIONS:**
A high school diploma or equivalency is required. The aide should exhibit an interest in working with people, have a pleasant personality, be in good health, be able to attend night meetings and have a successful experience with parents and/or community programs. An automobile is a necessity.

**JOB GOALS:**
Develop and maintain strong contacts between parents and school personnel.

**REPORTS TO:**
Principal

**TERMS OF EMPLOYMENT:**
By contractual agreement between the New Haven Board of Education and the Paraprofessionals' bargaining unit.

**SALARY GROUP:**
VI (Local 3429)

**EVALUATION:**
Performance of this job will be evaluated in accordance with provisions of the Board of Education's policy on Evaluation of Paraprofessional Personnel.

**PERFORMANCE QUALIFICATIONS:**

- Knowledgeable about matters related to school programs.
- Shares information about school programs with other schools, staff and parents.
- Develops ways in which parents can become specifically involved in general education programs.
- Attends PTO, school meetings and other community meetings pertaining to general school affairs.
- Keeps a log of activities.
- Coordinates workshops, training sessions and develops other forms of communication related to school programs.

- Assists in the prompt handling of problems occurring from communication breakdowns between parents and general staff.
- Provides assistance, as requested, concerning school activities to school administrative staff.

New Haven Public Schools - Employment Application - Google Chrome  — ☐ ✕

🔒 https://www.applitrack.com/nhps/OnlineApp/_application.aspx?login=true&usInternal=1&

## New Haven Public Schools - Employment Application

Home | Employment Application                                    Waters, Nijila-Ha · Log Off

 Your Application was submitted on
9/30/2016 3:55:00 PM Eastern Standard
Time.

Your submission history is below.

| Submission History | Date Submitted |
|---|---|
| Non-Instructional • JobID: 2766 - Parent Liaison Worker | |
| Non-Instructional ✈ • Parent Liaison Worker • Teacher Assistant | 9/30/2016 3:54:31 PM |
| Non-Union Management • Human Resources Executive Assistant: BOE | |
| Non-Instructional • JobID: 2647 - Student Retention Specialist | |
| Non-Instructional ✈ • Parent Liaison Worker | 8/10/2016 10:19:09 PM |
| Non-Union Management | |

 **EDIT**
edit your materials

 **IMPORT**
from another account

If you completed an application with another organization
that uses the Frontline Applicant Tracking System, you
may import most of your data to New Haven Public
Schools.

**PRINT**
print your materials

**Applicant Tracking**
Formerly AppliTrack Recruit & Fit













New Haven Public Schools - Employment Application - Google Chrome

www.applitrack.com

## New Haven Public Schools - Employment Application

Home | Employment Application

Non-Instructional
- JobID: 2647 - Student Retention Specialist

Non-Instructional
- Parent Liaison Worker — 8/10/2016 10:19:09 PM

Non-Union Management
- Human Resources Executive Assistant: BOE

Non-Instructional
- JobID: 2331 - Paraprofessional
- JobID: 2426 - School Health Assistant

Substitute Teacher
- JobID: 1814 - Substitute Teacher

Non-Instructional — 5/1/2016 8:00:50 PM
- Parent Liaison Worker
- Teacher Assistant

Substitute Teacher
- Substitute Teacher/ Aide

Non-Instructional
- JobID: 2318 - School Health Assistant
- JobID: 2319 - School Health Assistant

Applicant Tracking

button to be taken

King Robinson Bld....doc

Show

New Haven Public Schools - Employment Application - Google Chrome

https www.applitrack.com

# New Haven Public Schools - Employment Application

Home | Employment Application | Log Off

- JobID: 2354 - Parent Liaison Worker

| | |
|---|---|
| Substitute Teacher<br>• JobID: 1816 - Substitute Teacher<br><br>Non-Instructional<br>• Parent Liaison Worker<br><br>Non-Instructional<br>• JobID: 2318 - School Health Assistant<br>• JobID: 2319 - School Health Assistant<br>• JobID: 2354 - Parent Liaison Worker | 2/3/2016 10:02:36 PM |
| Substitute Teacher<br>• JobID: 1816 - Substitute Teacher<br><br>Non-Instructional<br>• Parent Liaison Worker<br><br>Non-Instructional<br>• JobID: 2318 - School Health Assistant<br>• JobID: 2319 - School Health Assistant<br><br>Substitute Teacher<br>• JobID: 1816 - Substitute Teacher | 2/2/2016 9:44:26 PM |
| Non-Instructional<br>• Health Coordinator<br>• Parent Liaison Worker | 1/21/2016 10:33:41 PM |

Applicant Tracking

All Jobs

FMLA notice

its will be requested

its we receive we wi

button to be taken

King Robinson Bld....doc

Show

New Haven Public Schools - Employment Application - Google Chrome

https www.applitrack.com

# New Haven Public Schools - Employment Application

Home | Employment Application | Log Off

- Parent Liaison Worker
- Teacher Assistant

Substitute Teacher
- Substitute Teacher/ Aide

Non-Instructional
- JobID: 2318 - School Health Assistant
- JobID: 2319 - School Health Assistant

Non-Instructional — 1/9/2016 8:39:35 PM
- Parent Liaison Worker
- Teacher Assistant

Substitute Teacher
- Substitute Teacher/ Aide

Non-Instructional
- JobID: 2318 - School Health Assistant
- JobID: 2319 - School Health Assistant

Clerical/Management
- Clerk Typist - 10 Months
- Clerk Typist - 12-Months

Non-Instructional — 1/6/2016 11:40:41 PM
- Outreach Worker
- Parent Liaison Worker
- Site Coordinator

Applicant Tracking

All Jobs

FMLA notice

ts will be requested

ts we receive we wi

button to be taken

King Robinson Bld....doc

Show

Ask me anything

New Haven Public Schools - Employment Application - Google Chrome

https www.applitrack.com

# New Haven Public Schools - Employment Application

Home | Employment Application | Log off

| | |
|---|---|
| Non-Instructional<br>• In-house Suspension Worker<br>• Outreach Worker<br>• Parent Liaison Worker<br>• School Project Coordinator (12 months)<br>• Site Coordinator<br>• Teacher Assistant<br>• Truant Officer<br><br>Substitute Teacher<br>• Substitute Teacher/ Aide | 9/28/2015 8:43:58 PM |
| Clerical/Management<br>• JobID: 2096 - Clerk Typist<br><br>Non-Instructional<br>• JobID: 1476 - Part-Time Clerk<br><br>Clerical/Management<br>• Clerk Typist - 10 Months<br>• Clerk Typist - 12-Months | |
| Non-Instructional<br>• In-house Suspension Worker<br>• Parent Liaison Worker<br>• School Project Coordinator (12 months)<br>• Site Coordinator<br>• Teacher Assistant<br>• Truant Officer | 8/5/2015 3:14:09 PM |

Applicant Tracking

button to be taken

King Robinson Bld....doc

Show

New Haven Public Schools - Employment Application - Google Chrome

https://www.applitrack.com

# New Haven Public Schools - Employment Application

Home | Employment Application | Log Off

| | |
|---|---|
| Non-Instructional<br>• In-house Suspension Worker<br>• Parent Liaison Worker<br>• School Project Coordinator (12 months)<br>• Site Coordinator<br>• Teacher Assistant<br>• Truant Officer<br><br>Substitute Teacher<br>• Substitute Teacher/ Aide | 8/5/2015 3:14:09 PM |
| Non-instructional<br>• JobID: 1476 - Part-Time Clerk<br><br>Clerical/Management<br>• Clerk Typist - 12-Months | |
| Non-Instructional<br>• In-house Suspension Worker<br>• Parent Liaison Worker<br>• School Project Coordinator (12 months)<br>• Site Coordinator<br>• Teacher Assistant<br>• Truant Officer<br><br>Substitute Teacher<br>• Substitute Teacher/ Aide | 8/5/2015 3:11:47 PM |

Applicant Tracking

its will be requested

its we receive, we wi

button to be taken

Show

New Haven Public Schools - Employment Application - Google Chrome

https://www.applitrack.com/nhps/OnlineApp/_application.aspx?login=true&isinternal=1&

# New Haven Public Schools - Employment Application

Home    Employment Application                                      Waters, Niila-Ile · Log Off

Non-Instructional
- JobID: 1476 - Part-Time Clerk
- JobID: 1968 - Youth Development Coordinator
- JobID: 2060 - Student Retention Specialist

Clerical/Management
- Clerk Typist - 12-Months

Non-Instructional                                   7/8/2015 3:28:05 PM
- In-house Suspension Worker
- Parent Liaison Worker
- School Project Coordinator (12 months)
- Site Coordinator
- Teacher Assistant
- Truant Officer

Substitute Teacher
- Substitute Teacher/ Aide

Non-Instructional
- JobID: 1476 - Part-Time Clerk
- JobID: 1968 - Youth Development Coordinator
- JobID: 2060 - Student Retention Specialist

Clerical/Management

Applicant Tracking
Formerly AppliTrack Recruit & Fit

| | |
|---|---|
| **Subject** | Fwd: FW: Scan from a Xerox WorkCentre |
| **From** | WATERS, NIJIJAIFE <NIJIJAIFE.WATERS@new-haven.k12.ct.us> |
| **To:** | nijijaifewaters@yahoo.com <nijijaifewaters@yahoo.com> |
| **Date** | Wed, Mar 16, 2016 at 12:32 PM |

--------- Forwarded message ---------
From: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-haven.k12.ct.us>
Date: Feb 23, 2016 3:08 PM
Subject: FW: Scan from a Xerox WorkCentre
To: "dyg@sbcglobal.net" <dyg@sbcglobal.net>
Cc:

This was the conversation that lead me in her office for insubordination.


Nijija-ife Waters

Parent Liaison

College and Career Readiness Academy

Social Media and the Arts Academy

480 Sherman Parkway

New Haven, CT 06511

(203) 946 - 8484

"For every one of us that succeeds, it's because there's somebody there to show you the way out. The light doesn't always necessarily have to be in your family; for me it was teachers and school"

~Oprah Winfrey~

From: WATERS, NIJIJAIFE
Sent: Monday, December 28, 2015 8:18 PM
To: BAKER, ZAKIYYAH
Subject: Re: Scan from a Xerox WorkCentre

Ms. Baker,
I have not slept in two days, my son is really sick. I have been giving treatments every two hours to prevent my son from being hospitalized. Over the break I did not attend to be expecting any E-mail's that may be misconstrued any which way its formed. I do believe there is etiquette in every thing we do no matter what level we are on. I do not have anything that is different from what has been attached to the initial conversation. It is late, this is not to be perceived as insubordination just a matter of respect. I already feel like I am not appreciated nor am I getting paid my worth. But as you stated it is a partnership which can only work through effective communication and respect. I look forward to our meeting soon. Have a good night and Happy New Year!

Ife

Sent from my Verizon Wireless 4G LTE DROID


"BAKER, ZAKIYYAH" <ZAKIYYAH.BAKER@new-haven.k12.ct.us> wrote:

Hi Ife,

I would never do anything to intentionally make you feel "uncomfortable". Please understand that I write on average twenty emails per day and many of them (to various stakeholders) are not addressed formally. When I stated "sorry for the confusion", I was not accusing you but making an attempt to own any confusion that I may have caused through my email.

Again, I forwarded you a list of students who have honors from Ms. Matos. I am aware that you were not on the original email. My question is, do you have an electronic copy of the complete list of students with honors? Ms. Matos scanned lists in several separate emails that she said that she also provided for you. You showed me a typed master list. Do you have that list electronically? I would like to make some adjustments and post it on my bulletin board.

If this request is not clear, please call me at your earliest convenience. I will be available all day tomorrow 2034641980.

In addition, please look out for an invite for early next week. I would like to discuss some norms for our communication and partnership. On a number of occasions you have suggested that you have felt left out or unclear of my expectations. This is concerning to me. I would like to talk through your job description and norms moving forward so that we can continue to partner for the betterment of students and their families.

With over three hundred students and approximately fifty staff members to support (this does not include the students or staff in the other academies), it is important to me that we have clarity around expectations. Hopefully our meeting can clear up any concerns.

Sincerely,


Zakiyyah Baker
Principal
James Hillhouse High School
CCR/SMART
480 Sherman Parkway
New Haven, CT 06511
(203) 497-7545

"We have a powerful potential in our youth, and we must have the power to change old ideas and practices so that we may direct their power toward good ends." -- Mary McLeod Bethune

From: WATERS, NIJIJAIFE<mailto:NIJIJAIFE.WATERS@new-haven.k12.ct.us>
Sent: Monday, December 28, 2015 12:45 PM
To: ZAKIYYAH BAKER<mailto:ZAKIYYAH.BAKER@new-haven.k12.ct.us>

Ms. Baker there were no confusion, there were no prior communication between you and I; therefore, it showed a detachment, it wasn't a former greeting or a way to start a conversation between you and I and you may not be aware but this happens a lot with you which make me feel uncomfortable. Nevertheless the attachment along with the email is the only copy I have. So, I have no idea what electronic copy Ms. Matos is referring to.

Happy New Year,
Ife

Sent from my Verizon Wireless 4G LTE DROID


"BAKER, ZAKIYYAH" <ZAKIYYAH.BAKER@new-haven.k12.ct.us> wrote:

Hi Ife. I hope that you are enjoying time with your family. The email was sent directly to you. I forwarded you the list that Matos sent to me for students with honors. You showed me a copy that you typed up for all students. I am asking if you have it electronically. Sorry for any confusion. Please read from the bottom of the page to see the email chain.


Zakiyyah Baker

Principal

James Hillhouse High School

College and Career Readiness Academy/Social Media and the Arts Academy

480 Sherman Parkway

New Haven, CT 06511

(203) 497-7545/ (203) 497-7502

"We have a powerful potential in our youth, and we must have the power to change old ideas and practices so that we may direct their power toward good ends." – Mary McLeod Bethune

---

From: WATERS, NIJIJAIFE
Sent: Monday, December 28, 2015 12:21 PM
To: BAKER, ZAKIYYAH
Subject: Re: Scan from a Xerox WorkCentre

I am not sure who this email is addressed to, there is no form of proper identification. Also, I have no idea what list either person is referring to.

Ife

Sent from my Verizon Wireless 4G LTE DROID

"BAKER, ZAKIYYAH" <ZAKIYYAH.BAKER@new-haven.k12.ct.us> wrote:

Do you have the complete list electronically?

Zakiyyah Baker

Principal

James Hillhouse High School

College and Career Readiness Academy/Social Media and the Arts Academy

480 Sherman Parkway

New Haven, CT 06511

(203) 497-7545/ (203) 497-7502

"We have a powerful potential in our youth, and we must have the power to change old ideas and practices so that we may direct their power toward good ends." -- Mary McLeod Bethune

---

From: MATOS, NILSA
Sent: Tuesday, December 15, 2015 2:44 PM
To: BAKER, ZAKIYYAH
Cc: PERRONE, NICHOLAS; PULLEY, AARON; EVANS, RENEE; MATOS, NILSA
Subject: FW: Scan from a Xerox WorkCentre

Attached are the last two pages.  Both were given to Mrs. Waters.

-----Original Message-----
From: MATOS, NILSA
Sent: Tuesday, December 15, 2015 2:54 PM
To: MATOS, NILSA
Subject: Scan from a Xerox WorkCentre

Please open the attached document.  It was scanned and sent to you using a Xerox WorkCentre.

Attachment File Type: PDF

WorkCentre Location: Hill House Main Office

For more information on Xerox products and solutions, please visit http://www.xerox.com

Dolores Garcia-Blocker, Ed.D.
Chief of Staff
New Haven Public Schools
54 Meadow St.
New Haven, Ct 06519
Tele: 203-946-8982


From: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-
haven.k12.ct.us<mailto:NIJIJAIFE.WATERS@new-haven.k12.ct.us>>
Date: Tuesday, January 19, 2016 8:43 AM
To: Dolores Garcia-Blocker <dolores.garcia-blocker@new-haven.k12.ct.us<mailto:dolores.garcia-
blocker@new-haven.k12.ct.us>>
Subject: Job description


Good Morning Dr. Garcia - Blocker,
Per conversation Thursday Jan 14, 2016 (City Wide Parent Meeting) I am sending this email do to some
concerns I have about my current position as a Parent Liaison. Hopefully we can meet soon.

Thanks,
Nijija-Ife Waters

Sent from my Verizon Wireless 4G LTE Tablet

**From:** Nijija-Ife Waters
**Sent:** Thursday, April 14, 2016 3:40 PM
**To:** dmcaulay@inroads.org
**Subject:** Fw: Fwd: Fulltime Position


Hello,

Here is a copy of that email per conversation this morning.

Ife

Sent from Yahoo Mail on Android

On Wed, Mar 16, 2016 at 12:36 PM, WATERS, NIJIJAIFE
<NIJIJAIFE.WATERS@new-haven.k12.ct.us> wrote:

---------- Forwarded message ----------
From: "BAKER, ZAKIYYAH" <ZAKIYYAH.BAKER@new-haven.k12.ct.us>
Date: Feb 9, 2016 2:03 PM
Subject: Fulltime Position
To: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-haven.k12.ct.us>
Cc: "PERRONE, NICHOLAS" <NICHOLAS.PERRONE@new-haven.k12.ct.us>, "LUMPKIN, GEMMA JOSEPH"
<GEMMA.JOSEPHLUMPKIN@new-haven.k12.ct.us>


Hello,


You may be aware that there is a full-time Parent Liaison position open for Hillhouse. As the current
part-time parent liaison, I invite you to apply. There will be an interview process that will be
communicated within the next week or so. The administrative team will work with the Youth, Family,
and Community Engagement Department to identify the best candidate. After appointing a full-time
Parent Liaison I anticipate eliminating the current part-time position.


Please reach out with any questions of concerns.


Sincerely,


Zakiyyah Baker

Please excuse any errors within the text of this email.

**Subject:** Fwd: FW: Job description

**From:** WATERS, NIJIJAIFE (NIJIJAIFE.WATERS@new-haven.k12.ct.us)

**To:** nijijaifewaters@yahoo.com;

**Date:** Wednesday, March 16, 2016 12:30 PM


---------- Forwarded message ----------
From: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-haven.k12.ct.us>
Date: Feb 23, 2016 3:11 PM
Subject: FW: Job description
To: "dyg@sbcglobal.net" <dyg@sbcglobal.net>
Cc:

There was never a response from Ms. Baker, this meeting never took place.


Nijija-Ife Waters

Parent Liaison

College and Career Readiness Academy

Social Media and the Arts Academy

480 Sherman Parkway

New Haven, CT 06511

(203) 946 - 8484

"For every one of us that succeeds, it's because there's somebody there to show you the way out. The light doesn't always necessarily have to be in your family; for me it was teachers and school"

~Oprah Winfrey~


From: GARCIA-BLOCKER, DOLORES (DR.)
Sent: Wednesday, January 20, 2016 12:01 AM
To: BAKER, ZAKIYYAH
Cc: WATERS, NIJIJAIFE
Subject: Re: Job description

Hello Ms. Baker,

Ms. Waters spoke to me at the City-Wide Parent Leadership Team meeting last week regarding her role at HH and the need to have a clear understanding of her responsibilities. I agreed that I would schedule a time to facilitate a meeting of the three of us to discuss this further. What is the best time to have this meeting?

--Thanks.

Dolores Garcia-Blocker, Ed.D.
Chief of Staff
New Haven Public Schools
54 Meadow St.
New Haven, Ct 06519
Tele: 203-946-8982


From: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-
haven.k12.ct.us<mailto:NIJIJAIFE.WATERS@new-haven.k12.ct.us>>
Date: Tuesday, January 19, 2016 8:43 AM
To: Dolores Garcia-Blocker <dolores.garcia-blocker@new-haven.k12.ct.us<mailto:dolores.garcia-
blocker@new-haven.k12.ct.us>>
Subject: Job description


Good Morning Dr. Garcia - Blocker,
Per conversation Thursday Jan 14, 2016 (City Wide Parent Meeting) I am sending this email do to some
concerns I have about my current position as a Parent Liaison. Hopefully we can meet soon.

Thanks,
Nijija-Ife Waters

Sent from my Verizon Wireless 4G LTE Tablet

| | |
|---|---|
| **Subject** | Fwd: Part-time Position |
| **From** | WATERS, NIJIJAIFE <NIJIJAIFE.WATERS@new-haven.k12.ct.us> |
| **To:** | nijijaifewaters@yahoo.com <nijijaifewaters@yahoo.com> |
| **Date** | Thu, Mar 3, 2016 at 6:26 PM |

---------- Forwarded message ----------
From: "BAKER, ZAKIYYAH" <ZAKIYYAH.BAKER@new-haven.k12.ct.us>
Date: Feb 24, 2016 5:43 PM
Subject: Part-time Position
To: "WATERS, NIJIJAIFE" <NIJIJAIFE.WATERS@new-haven.k12.ct.us>
Cc: "Aiello, Donna" <Donnal.Aiello@new-haven.k12.ct.us>, "PERRONE, NICHOLAS" <NICHOLAS.PERRONE@new-haven.k12.ct.us>

Hello,

I received communication today that you are no longer authorized to continue as our Parent Liaison effective immediately.

I will reach out to HR tomorrow for specifics but I want to ensure that you are clear about the directive I was given.

Thanks,

Zakiyyah


Sent from my T-Mobile 4G LTE Device

| | |
|---|---|
| **Subject** | RE: PARENT LIAISON WORKER |
| **From** | DRYE, MAYA <MAYA.DRYE@new-haven.k12.ct.us> |
| **To:** | nijijaifewaters@yahoo.com <nijijaifewaters@yahoo.com> |
| **Date** | Mon, Dec 11, 2017 at 1:50 PM |

Good Afternoon,

The salary is $32,813. I hope you are having a wonderful day!

Best,

Maya

**From:** Nijija-Ife Waters [mailto:nijijaifewaters@yahoo.com]
**Sent:** Wednesday, December 06, 2017 6:46 AM
**To:** DRYE, MAYA
**Cc:** MACK, LISA
**Subject:** Re: PARENT LIAISON WORKER

Good Morning,

Is it possible to get the salary information on this as well?

Thanks,

Nijija-Ife Waters

Sent from Yahoo Mail on Android

On Tue, Nov 14, 2017 at 2:07 PM, DRYE, MAYA

<MAYA.DRYE@new-haven.k12.ct.us> wrote:

> Good Afternoon,
>
> Per your request,  I have attached the job description for Parent Liaison Worker.  Have a wonderful afternoon!
>
> Best,
>
> Maya

| | |
|---|---|
| **Subject** | PARENT LIAISON WORKER |
| **From** | DRYE, MAYA <MAYA.DRYE@new-haven.k12.ct.us> |
| **To:** | nijijaifewaters@yahoo.com <nijljaifewaters@yahoo.com> |
| **Cc:** | MACK, LISA <LISA.MACK@new-haven.k12.ct.us> |
| **Date** | Tue, Nov 14, 2017 at 2:07 PM |

Good Afternoon,

Per your request, I have attached the job description for Parent Liaison Worker. Have a wonderful afternoon!

Best,

Maya

JOB DESCRIPTION

**TITLE:**              PARENT LIAISON WORKER

**QUALIFICATIONS:**     A high school diploma or equivalency is required.  The aide should exhibit an interest in working with people, have a pleasant personality, be in good health, be able to attend night meetings and have a successful experience with parents and/or community programs.  An automobile is a necessity.

**JOB GOALS:**          Develop and maintain strong contacts between parents and school personnel.

**REPORTS TO:**         Principal

## TERMS OF

**EMPLOYMENT:**         By contractual agreement between the New Haven Board of Education and the Paraprofessionals' bargaining unit.

**SALARY GROUP:**       VI

**EVALUATION:**         Performance of this job will be evaluated in accordance with provisions of the Board of Education's policy on Evaluation of Paraprofessional Personnel.

## PERFORMANCE

**QUALIFICATIONS:**

- Knowledgeable about matters related to school programs.
- Shares information about school programs with other schools, staff and parents.
- Develops ways in which parents can become specifically involved in general education programs.
- Attends PTO, school meetings and other community meetings pertaining to general school affairs.
- Keeps a log of activities.
- Coordinates workshops, training sessions and develops other forms of communication related to school programs.
- Assists in the prompt handling of problems occurring from communication breakdowns between parents and general staff.
- Provides assistance, as requested, concerning school activities to school administrative staff.

EEOC
Boston Area Office
JFK Federal Building, Room 475
15 New Sudbury Street
Boston, MA 02203





$ 000.47
02 1P
0000850269    OCT 09 2018
MAILED FROM ZIP CODE 02203

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

0651783224  C042