## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NIJIJA-IFE WATERS,<br>  Plaintiff | :<br>:<br>: |
| v. | : CASE NO. 3:18-cv-02144 (AVC) |
| | : |
| NEW HAVEN BOARD OF EDUCATION,<br>  Defendant. | :<br>: |

## **JUDGMENT**

This action having come before the Court for consideration of the plaintiff's motion for leave to proceed in forma pauperis before the Honorable Donna F. Martinez, United States Magistrate Judge and the Honorable Alfred V. Covello, United States District Judge and,

The Honorable Donna F. Martinez having considered the full record of the case including applicable principles of law, and having filed a recommended ruling granting the motion but dismissing the complaint without prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B) and the Honorable Alfred V. Covello having adopted the recommended ruling on April 16, 2019, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the complaint without prejudice.

Dated at Hartford, Connecticut, this 23rd day of April, 2019.

                                            ROBIN D. TABORA, Clerk

                                            By: /s/ Michael Bozek
                                                  Michael Bozek
                                                  Deputy Clerk

Entered on Date: 4/23/2019